

# NUMBER 13-19-00481-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE RODNEY D. ELLIS

On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina**
**Order Per Curiam**

Relator Rodney D. Ellis filed a petition for writ of mandamus with a request for temporary relief in the above cause on October 8, 2019. Through this original proceeding, relator seeks to compel the trial court to vacate a September 25, 2019 order denying relator's motion to dismiss based upon a forum selection clause and to grant relator's motion to dismiss. Through relator's request for temporary relief, relator seeks to stay the underlying trial court proceedings pending resolution of this petition for writ of mandamus.

The Court, having examined and fully considered the request for temporary relief, is of the opinion that it should be granted.   We GRANT the request for temporary relief and we ORDER the underlying trial court proceedings STAYED pending further order of this Court, or until the case is finally decided.   *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Kittleman Thomas, PLLC, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.   *See   id.*   R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
10th day of October, 2019.